UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| NANCY SUE SAGER, | ) | Civil Action Number: 4:20-cv-00909-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**AND NOW**, this 28th day of October, 2020, upon consideration of the Defendant's Motion to Remand, it is hereby

**ORDERED**

that the **Defendant's Motion to Remand** is Granted and this case is **remanded** pursuant to the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner for further evaluation and a new decision. This case is hereby dismissed.

s/ Thomas E. Rogers, III
Honorable Thomas E. Rogers, III
United States Magistrate Judge

Florence, SC